UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YADI MARK | ) |
| | ) Case No. 16-cv-00455-SM-JCW |
| | ) |
| v. | ) JUDGE SUSIE MORGAN |
| | ) |
| SUNSHINE PLAZA, INC. | ) MAG. JUD. JOSEPH C. WILKINSON, JR. |
| | ) |

## ORDER

Considering Plaintiff's Ex Parte / Consent Motion to Extend Expert Report Deadline and Discovery Deadlines, and the representations contained therein, as well as Defendant's lack of objection,

IT IS ORDERED THAT the Motion is **GRANTED**.

Plaintiff's expert reports shall be delivered by January 3, 2017;

Defendant's expert reports shall be delivered by January 31, 2017;

Discovery shall be completed and depositions shall be taken by February 7, 2017.

All other deadlines in this matter remain unchanged.

New Orleans, Louisiana this 5th day of December, 2016.

_____
JUDGE