UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YADI MARK | * | CIVIL ACTION NO: 16-455 |
| | * | |
| VERSUS | * | JUDGE:  SUSIE MORGAN (E) |
| | * | |
| SUNSHINE PLAZA, INC. | * | MAG:  JOSEPH WILKINSON (2) |
| | * | |

**************************************

**O R D E R**

Considering the above and forgoing Satisfaction of Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the representation of the parties, the April 26, 2018 Judgment (Rec. Doc. No. 79) has been fully satisfied by Defendant, Sunshine Plaza, Inc.

New Orleans, Louisiana, this 21st day of August, 2018.

_____
**JUDGE SUSIE MORGAN**